# United States District Court
for the
## Eastern District of Missouri

United States of America
v.

MARY BOYD

Date of Previous Judgment: _____ June 21, 2007 _____
(Use Date of Last Amended Judgment if Applicable)

Case No: 4:06CV609 HEA

USM No: _____

Felicia Jones
Defendant's Attorney

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the Term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

IT IS ORDERED that the motion is:

☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ 37 _____ months is reduced to _____ 30 _____

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: 21 | | Amended Offense Level: 19 | |
| Criminal History Category: I | | Criminal History Category: I | |
| Previous Guideline Range: 37 to 46 months | | Amended Guideline Range: 30 to 37 months | |

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

## III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated June 21, 2007 shall remain in effect.

**IT IS SO ORDERED**

Order Date: _____ 6/13/08 _____

_____
Judge's Signature

Effective Date: _____
(if different from order date)

Honorable Henry Edward Autrey
Printed Name and title